BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00099 LJO SKO |
| Plaintiff, | |
| v. | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(E), FEDERAL RULES OF CRIMINAL PROCEDURE |
| FRANK A. BILAN, | |
| Defendant. | |

The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 2, 2015, charging the above defendant with violations of 26 U.S.C. Section 7212(a) - Corrupt Endeavor to Obstruct and Impede Administration of Internal Revenue Laws, and 26 U.S.C. Section 7203 - Willful Failure to File Tax Return, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

1 | except where necessary for the issuance and execution of the warrants.

3 | DATED: April 2, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

IT IS SO ORDERED this __2__ day of April, 2015

_____
U.S. Magistrate Judge